No. 447. HANSON *v.* KRAMER ET AL. Jurisdictional statement submitted November 23, 1931. Decided November 30, 1931. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. The appeal is dismissed for the want of a substantial federal question. *Equitable Life Assurance Society* v. *Brown,* 187 U. S. 308, 311; *Campbell* v. *Olney,* 262 U. S. 352, 354; *Tidal Oil Co.* v. *Flanagan,* 263 U. S. 444, 455, 456; *Wick* v. *Chelan Electric Co.,* 280 U. S. 108, 111. *Mr. John F. Hanson, pro se.* No appearance for appellees.

No. —, original. Ex PARTE ESTABROOK. Motion submitted November 23, 1931. Decided November 30, 1931. The motion for leave to proceed *in forma pauperis* is denied. The motion for leave to file petition for writ of mandamus is also denied. *Mr. A. W. Estabrook, pro se.*